IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DONALD ROBERTS, and LUSTGARTEN & ROBERTS, P.C., L.L.O.,**<br><br>　　　　Plaintiffs/Counter Defendants,<br><br>　　vs.<br><br>**ALPS PROPERTY & CASUALTY INSURANCE COMPANY,**<br><br>　　　　Defendant/Counter Claimant,<br><br>　　and<br><br>**MARKEL INSURANCE CO.,**<br><br>　　　　Defendant. | **8:19CV532**<br><br><br>**AMENDED<br>CASE PROGRESSION ORDER** |

　　　This matter comes before the Court on the parties' Joint Motion to Extend Progression Order (Filing No. 16). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

　　　**IT IS ORDERED** that the Joint Motion to Extend Progression Order (Filing No. 16) is granted, and the case progression order is amended as follows:

　　　1)　The status conference on July 27, 2020 is cancelled.

　　　2)　The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is extended to **October 16, 2020**. Motions to compel written discovery under Rules 33, 34, and 36 must be filed by **November 16, 2020**.

　　　　　**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

　　　3)　The deposition deadline is extended to **December 1, 2020**.

4) The deadlines for identifying and completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiffs: | **December 30, 2020** |
| For the defendants: | **February 26, 2021** |
| Plaintiffs' rebuttal: | **April 23, 2021** |

5) The status conference scheduled for October 2, 2020, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **January 29, 2021**, at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

6) The deadline for filing motions to dismiss and motions for summary judgment is extended to **February 26, 2021**.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **May 25, 2021**.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 10th day of July, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.